UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARENA APPLE FENG,

Plaintiff,

v.

DEPARTMENT OF HUMAN SERVICES,
FAMILY & CHILDREN'S SERVICES,

Defendant.

Case No. 20-cv-00648-DMR

**SUA SPONTE JUDICIAL REFERRAL
FOR PURPOSES OF DETERMINING
RELATIONSHIP OF CASES**

On January 28, 2020, Plaintiff Karena Feng filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Laurel Beeler to determine whether it is related to *Feng v. County of Santa Clara, et al.*, 19-cv-6877 LB.

**IT IS SO ORDERED.**

Dated: February 3, 2020

DONNA M. RYU
United States Magistrate Judge