United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| KARENA APPLE FENG,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>DEPARTMENT OF HUMAN SERVICES, FAMILY & CHILDREN'S SERVICES,<br><br>　　　　　Defendant. | Case No. 20-cv-00648-LB<br><br>**ORDER DENYING MOTION TO ENFORCE SUBPOENA WITHOUT PREJUDICE**<br><br>Re: ECF No. 14 |

The plaintiff, Karena Apple Feng, who is representing herself, filed the present petition to confirm arbitration award.[1] The court granted Ms. Feng's application to proceed *in forma pauperis* and will be addressing the issuance of the summons and service in a separate order.[2] Ms. Feng has filed the present motion to enforce subpoena against a non-party, Judge Rochelle East.[3] The court has not issued summons, and the defendant has not appeared in this case. The court denies Ms. Feng's motion without prejudice because discovery is premature before the required meet-and-confer under Federal Rule of Civil Procedure 26(f). *See* Fed. R. Civ. P. 26(d)(1) ("A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)").

---

[1] Pet. – ECF No. 1. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Order – ECF No. 11.

[3] Mot. – ECF No. 14.

ORDER – No. 20-cv-00648-LB

1  Accordingly, the court denies the motion and vacates the associated response deadlines.

2  This disposes of ECF No. 14.

4  **IT IS SO ORDERED.**

5  Dated: March 6, 2020

_____

LAUREL BEELER
United States Magistrate Judge