UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENA APPLE FENG,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HUMAN SERVICES, FAMILY & CHILDREN'S SERVICES,<br><br>    Defendant. | Case No. 20-cv-00648-EMC<br><br>**ORDER RESPONDING TO REFERRAL NOTICE** |

Karena Feng filed two cases seeking to enforce two arbitration awards; however, this Court concluded, in its adoption of Judge Beeler's Report and Recommendation, that Ms. Feng sought "confirmation" of two fake arbitration awards (each one for millions of dollars) and therefore that the cases were frivolous. See Docket No. 20. Now, the Court of Appeals has remanded the case for the limited purpose of "determin[ing] whether in forma pauperis status should continue for this appeal." The Court concludes that in forma pauperis status should not continue on appeal, as the appeal is frivolous. *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir.2002).

**IT IS SO ORDERED**.

Dated: May 28, 2020

_____
EDWARD M. CHEN
United States District Judge